# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128469(53)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                        SC: 128469
                                                        COA: 251613

CHARLES MARVIN TROUT,
       Defendant-Appellant.
                                                        Barry CC: 03-000120-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's order of August 30, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006 _____

d0221                                                            Clerk